IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MD IBRAHIM KHALIL, § | | |
| #221087867, § | | |
| Petitioner, § | | |
| § | | |
| v. § | No. 3:25-CV-512-L-BW | |
| § | | |
| US IMMIGRATION AND CUSTOMS § | | |
| ENFORCEMENT, § | | |
| Respondent. § | Referred to U.S. Magistrate Judge[1] | |

**NOTICE OF DEFICIENCY AND ORDER**

Before the Court is correspondence received from Md Ibrahim Khalil on February 28, 2025. (Dkt. No. 3.) The correspondence is directed to United States Immigration and Customs Enforcement ("ICE"), but because it was sent to this Court, it has been opened as a federal habeas case under 28 U.S.C. § 2241.

If Khalil is challenging his immigration detention, he did not file his action on the appropriate form. **He must complete and return the enclosed form used in this Court for actions filed under 28 U.S.C. § 2241 within 30 days from the date of this order.**

Khalil also has not paid the $5 filing fee for a habeas case under § 2241. **Therefore, he must either pay the $5 filing fee for a § 2241 habeas case or submit an application to proceed in forma pauperis with the required certificate of inmate trust account or comparable form, such as a resident account summary, within 30 days of the date of this order.**

If Khalil did not intend to file a § 2241 petition in federal court and was instead seeking relief directly from ICE or the immigration court, **he may file a voluntary dismissal of this § 2241 action under Federal Rule of Civil Procedure 41(a) within 30 days of the date of this order.**

Khalil must immediately notify the Court of any change of address and its effective date by filing a notice entitled "Notice to the Court of Change of Address."

---

[1] By Special Order No. 3-251, this habeas case has been automatically referred for full case management.

The notice should contain *only* information about the change of address and effective date.

Failure to comply with this order may result in the dismissal of the petition under Federal Rule of Civil Procedure 41(b).

The Clerk of the Court is **DIRECTED** to send Khalil:

(1) a copy of this order,

(2) a form application to proceed in forma pauperis in a habeas case, and

(3) a standard form for cases filed under 28 U.S.C. § 2241, with the case number and notation "Amended" included on the form.

No process will issue except upon order of the Court.

**SO ORDERED** on March 4, 2025.

_____
BRIAN McKAY
UNITED STATES MAGISTRATE JUDGE

2